

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YVONNE MICHELLE ELIZONDO, | § | No. 08-13-00162-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| FABENS INDEPENDENT SCHOOL DISTRICT, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-3555) |

## MEMORANDUM OPINION

Appellant, Yvonne Michelle Elizondo, has filed a motion to dismiss her appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee has not filed any response or otherwise objected to the motion. We grant the motion and dismiss the appeal.

GUADALUPE RIVERA, Justice

October 31, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.